UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SMALL BUSINESS ADMINISTRATION<br><br>    Plaintiff<br><br>    v.<br><br>INES MARIA ALFARO MENDOZA a/k/a INES M. ALFARO MENDOZA; ALPHA INSTITUTE OF PREVENTIVE CARE, CSP<br><br>    Defendants | CIVIL NO. 24-01421 (SCC)<br><br>Re:<br>    Collection of Money |

**NOTICE FOR VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT:

    COMES NOW the SMALL BUSINESS ADMINISTRATION (SBA), through the undersigned attorney, who respectfully alleges and prays:

1.    Plaintiff voluntarily dismisses its cause of action claimed against the defendant parties.

    WHEREFORE, plaintiff respectfully requests this Honorable Court to authorize our voluntarily dismissal, without the imposition of costs and attorney fees.

    CERTIFICATE OF SERVICE: I hereby certify that on this same date I have filed a true and exact copy of the foregoing motion using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

    In San Juan, Puerto Rico, this February 12, 2025.

    /s/ Juan Carlos Fortuño Fas
    JUAN CARLOS FORTUÑO FAS
    USDCPR 211913
    FORTUÑO & FORTUÑO FAS, C.S.P.
    P.O. BOX 3908
    GUAYNABO, PR 00970
    TEL. 787-751-5290
    FAX. 787-751-6155
    Email: dcfilings@fortuno-law.com